ELLEN F. ROSENBLUM
Attorney General
JAMES S. SMITH #840932
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: James.S.Smith@doj.state.or.us

Attorneys for Defendants Laib, Mahurin, Major, Stenerson, Uerlings, Oregon DHS, and Oregon DAS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| J.M., A.S., R.L.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KARLA MAJOR, in her individual capacity; MARCY STENERSON, in her individual capacity, JENNIFER LAIB, in her individual capacity; HEATHER UERLINGS, in her individual capacity; SHERRIE MAHURIN, in her individual capacity; MELISSA MARY MILLER, in her individual capacity; CASEY RAY MILLER, in his individual capacity; THE OREGON DEPARTMENT OF HUMAN SERVICES, a government agency; THE OREGON DEPARTMENT OF ADMINISTRATIVE SERVICES, a government agency; and JANE and JOHN DOES 1-15; in their individual and/or official capacities,<br><br>    Defendants. | Case No. 6:18-cv-00739-YY<br><br>STATE DEFENDANTS' UNOPPOSED MOTION FOR A 120 DAY ABATEMENT |

Page 1 -   STATE DEFENDANTS' UNOPPOSED MOTION FOR A 120 DAY ABATEMENT
JSS/hm1/9532742-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## LR 7-1

The parties have conferred and are in agreement concerning the need for abatement as described in this motion.

## Motion

Based upon a serious health condition of the state Defendants' counsel, the state Defendants move for a 120 day abatement of this case and a re-scheduling of all deadlines to be re-established by the court after the abatement. This motion is based upon the court's records and files herein and on the Declaration of James S. Smith filed herewith.

DATED April  10 , 2019.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

   *s/ James S. Smith*
JAMES S. SMITH #840932
Senior Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
James.S.Smith@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   STATE DEFENDANTS' UNOPPOSED MOTION FOR A 120 DAY ABATEMENT
JSS/hm1/9532742-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000