IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

**J.M. et al.,**

        Plaintiffs,

   v.

**KARLA MAJOR et al.,**

        Defendants.

Case No. 6:18-cv-00739-YY

**OPINION AND ORDER**

**MOSMAN, J.,**

    On November 23, 2022, Magistrate Judge Youlee Yim You issued her Order [ECF 325] denying Plaintiffs' Motion to Compel [ECF 291]. Plaintiffs filed objections [ECF 328] on December 7, 2022, to which Defendants responded [ECF 334] on December 21, 2022. Upon review, I agree with Judge You. Accordingly, I ADOPT the Order as my own and DENY the Motion to Compel.

**DISCUSSION**

    A magistrate judge is authorized to hear and determine certain pretrial matters pursuant to 28 U.S.C. § 636(b)(1)(A). If a party timely objects to a magistrate judge's order on a non-dispositive matter, the district judge in the case must modify or set aside any part of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a).

1 – OPINION & ORDER

## CONCLUSION

Upon review, I agree with Judge You's determination that Defendants complied with the requirements under Federal Rule of Civil Procedure 36, and, therefore, the alternative request for leave to conduct an additional deposition is denied. I ADOPT the Order [ECF 325] as my own and DENY the Motion to Compel [ECF 291].

IT IS SO ORDERED.

DATED this 24th day of January, 2023.

_____
MICHAEL W. MOSMAN
Senior United States District Judge