IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **J.M. et al.,** | Case No. 6:18-cv-00739-MO |
| Plaintiffs, | **OPINION AND ORDER** |
| v. | |
| **KARLA MAJOR et al.,** | |
| Defendants. | |

**MOSMAN, J.,**

      On December 14, 2022, Magistrate Judge Youlee Yim You issued her Order [ECF 333] granting the State Defendants' Motion to Extend Time for Production of the State Defendants' Privilege Log [ECF 259]. Plaintiffs filed objections [ECF 336], to which the State Defendants responded [ECF 337]. On January 23, 2023, Judge You issued her Order [ECF 338] granting Plaintiffs' Motion to Extend the Examination of Dawn Hunter [ECF 289] and granting in part and denying in part Plaintiffs' Motion to Compel Hunter to Answer Deposition Questions [ECF 293]. Plaintiffs filed objections [ECF 346], to which the State Defendants responded [ECF 348]. Upon review, I AFFIRM both Orders.

1 – OPINION & ORDER

## DISCUSSION

A magistrate judge is authorized to hear and determine certain pretrial matters pursuant to 28 U.S.C. § 636(b)(1)(A). If a party timely objects to a magistrate judge's order on a non-dispositive matter, the district judge in the case must modify or set aside any part of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a).

## CONCLUSION

Upon review, I find Judge You's Orders are neither clearly erroneous nor contrary to law. Accordingly, I AFFIRM the Orders [ECF 333, 338].

IT IS SO ORDERED.

DATED this 12 day of June, 2023.

MICHAEL W. MOSMAN
Senior United States District Judge

2 – OPINION & ORDER